UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONCEPCION and MARIA NICOLASA COMPOS, husband and wife; CONCEPCION CAMPOS, as personal representative of the ESTATE OF B.C., a deceased minor child,<br><br>                Plaintiffs,<br><br>        v.<br><br>FORD MOTOR COMPANY; PROSSER SCHOOL DISTRICT NO. 116; and JOHN DOES NOS. 1 through 50,<br><br>                Defendants. | No. CV-07-5006-FVS<br><br>ORDER OF DISMISSAL |

The parties having stipulated to dismissal of the above-entitled matter with prejudice and without costs to any party,

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation and Order of Dismissal filed by the parties, **Ct. Rec. 22**, and Federal Rule of Civil Procedure 41(a), all claims by the Plaintiffs against Ford Motor Company are **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

**DATED** this  22nd  day of May, 2007.

                          s/ Fred Van Sickle
                            Fred Van Sickle
                      United States District Judge

ORDER OF DISMISSAL- 1