```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| CONCEPCION and MARIA NICOLASA CAMPOS, husband and wife; CONCEPCION CAMPOS, as personal representative of the ESTATE OF B.C., a deceased minor child,<br><br>  Plaintiffs,<br><br>  v.<br><br>PROSSER SCHOOL DISTRICT NO. 116; and JOHN DOES NOS. 1 through 50,<br><br>  Defendants. | No. CV-07-5006-FVS<br><br>ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING CONFERENCE ORDER |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Vacate Current Scheduling Order, Ct. Rec. 41.  The parties wish to postpone further discovery until after the Court has ruled on the Defendant's Motion For Summary Judgment.  The parties being in agreement, and in the interest of reducing the cost of the litigation,

**IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Vacate Current Scheduling Order, **Ct. Rec. 41**, is **GRANTED**.

2. The Court's Scheduling Conference Order, **Ct. Rec. 11**, is **VACATED**.

3. As appropriate, the Court will set another scheduling

ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING CONFERENCE ORDER- 1

Case 2:07-cv-05006-FVS    Document 48    Filed 01/16/08

conference upon resolution of the Defendant's Motion For Summary Judgment, Ct. Rec. 32.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  16th  day of January, 2008.

                     s/ Fred Van Sickle
                     Fred Van Sickle
                United States District Judge

ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING CONFERENCE ORDER- 2