AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

| | |
|---|---|
| CONCEPCION and MARIA NICOLASA CAMPOS, husband and wife; CONCEPCION CAMPOS, as personal representative of the ESTATE OF B.C., a deceased minor child,<br>　　　　　　　　　　Plaintiffs,<br>　　　　　v.<br>PROSSER SCHOOL DISTRICT NO. 116; and JOHN DOES. 1 through 50,<br>　　　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: CV-07-5006-FVS |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion for Summary Judgment is Granted. Judgment is entered in favor of Defendants.

| | |
|---|---|
| February 9, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |